JOSEPH RABINOWITZ, Respondent, *v.* KAISER-FRAZER CORPORATION, Appellant, et al., Defendants.

Argued May 29, 1951; decided July 11, 1951.

*Mark F. Hughes, Walston S. Brown, Raymond C. Murphy, Allan F. Conwill* and *William W. Ellis, Jr.*, for appellant.

*Mortimer A. Shapiro* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.